# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1283. GLENN CHANDLER v. THE STATE.**

Glen Chandler was convicted of two counts of aggravated child molestation in 2000. In May 2013, he filed a motion in arrest of judgment. The trial court denied his motion on January 13, 2014, and Chandler filed a notice of appeal on February 24, 2014.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because Chandler's notice of appeal is untimely. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Chandler filed his notice of appeal 42 days after entry of the order he seeks to appeal. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/02/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*